IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS A. ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00024 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of the United States Magistrate Judge recommending that I deny Plaintiff's Motion for Summary Judgment, grant the Commissioner's Motion for Summary Judgment, and dismiss this case. The R & R was filed on June 20, 2014, and Plaintiff filed a timely Objection on July 3, 2014. The Commissioner filed her Response on July 7, 2014, and the matter is now ripe for review. *See* Fed. R. Civ. P. 72(b)(2). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objection [ECF No. 25], **ADOPT** the R & R of the Honorable Joel C. Hoppe [ECF No. 24], **DENY** Plaintiff's Motion for Summary Judgment [ECF No. 14], **GRANT** the Commissioner's Motion for Summary Judgment [ECF No. 18], and **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 28th day of July, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE